1  PHILLIP A. TALBERT
   United States Attorney
2  COLLEEN M. KENNEDY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
6  BRIAN M. BOYNTON
   Principal Deputy Assistant Attorney General, Civil Division
7  JAMIE ANN YAVELBERG
   PATRICIA L. HANOWER
8  GARY R. DYAL
   Attorneys
9  U.S. Department of Justice
   Civil Division/Fraud Section
10 Three Constitution Square (3CON)
   175 N Street, N.E., Room 10.109
11 Washington, DC 20002
   Telephone: (202) 353-1229
12 Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, and THE STATE OF CALIFORNIA *ex rel.* RICHARD DRUMMOND,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>VENI-EXPRESS, INC., MYRNA STEINBAUM, and SONNY STEINBAUM,<br><br>　　　　　　　　　Defendants. | CASE NO. 2:21-cv-0905 TLN DB<br><br>**ORDER ON UNITED STATES' NOTICE OF ELECTION TO INTERVENE FOR SETTLEMENT PURPOSES** |
|---|---|

WHEREAS, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States of America ("United States") filed a notice of its election to intervene in this action in part, for purposes of settlement, against defendants regarding the Covered Conduct as that term is defined in the settlement agreement by and between the United States, relator Richard Drummond ("Relator") and defendants executed on August 7, 2024 (the "Settlement Agreement"); and WHEREAS, to effectuate the Settlement Agreement, the United States has requested that the case be unsealed;

**IT IS HEREBY ORDERED THAT**:

(1) The Relator's Complaint, the United States' Notice of Election, and this Order be unsealed;

(2) All other papers filed or lodged to date in this action remain permanently under seal because such papers were provided by law to the Court alone for the sole purpose of discussing the content and extent of the United States' investigation and, thereby, evaluating whether the seal and time for making an election to intervene should be extended; and

(3) Any future papers filed or lodged in this action shall not be filed under seal absent separate court order.

**IT IS SO ORDERED.**

DATED: August 12, 2024

Troy L. Nunley
United States District Judge