PHILLIP A. TALBERT
United States Attorney
COLLEEN M. KENNEDY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General, Civil Division
JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
GARY R. DYAL
Attorneys
U.S. Department of Justice
Civil Division/Fraud Section
Three Constitution Square (3CON)
175 N Street, N.E., Room 10.109
Washington, DC 20002
Telephone: (202) 353-1229

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and THE STATE OF CALIFORNIA *ex rel*. RICHARD DRUMMOND,<br><br>        Plaintiffs,<br><br>        v.<br><br>VENI-EXPRESS, INC., MYRNA STEINBAUM, and SONNY STEINBAUM,<br><br>        Defendants. | CASE NO.  2:21-cv-0905 TLN SCR<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL** |

WHEREAS, the United States of America ("United States") and Relator have submitted a Joint Stipulation of Dismissal of their claims against defendants pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, 31 U.S.C. § 3730(b)(1), and in accordance with and subject to the Settlement Agreement executed on August 7, 2024,

**THEREFORE, IT IS ORDERED** that:

(1) Relator's claims against defendants are dismissed with prejudice as to Relator provided, however, that the Court shall retain jurisdiction over any claims Relator may have under the False Claims Act, 31 U.S.C. § 3730(d)(1), for a relator's share and/or Relator's expenses, fees and costs.

(2) The United States' claims against defendants based on the Covered Conduct, as defined in paragraph H of the Settlement Agreement, are dismissed with prejudice as to the United States.

(3) The United States' remaining claims against defendants are dismissed without prejudice as to the United States.

**IT IS SO ORDERED.**

DATED: September 6, 2024

_____
Troy L. Nunley
United States District Judge